Exhibit "C"



FILED
DEC 2 0 2024
CLERKS OFFICE
CIVIL DISTRICT COURT

**LAB:**

ACCU REFERENCE MEDICAL LAB
1532 RIVER OAKS RD WEST | ELMWOOD, LA 70123 | (504)779-8163

**FINAL REPORT**

| | | |
|---|---|---|
| **COVINGTON TRACE HOSPITAL**<br>4107 LA-59<br>MANDEVILLE, LA 70471<br>**Acct:** 50090<br>**Phone:** (985) 951-3050<br>**Provider:** JACQUES ANCELET M.D | **SULLIVAN, JACOB**<br>**DOB:** 08/13/1980 **Age:** 43<br>**Sex:** M<br>**ID#:**<br>**Address:** 4107 LA 59<br>MANDEVILLE, LA 70471<br>**Phone:** | **Accession #:** 2400295070<br>**Specimen ID:**<br>**Date Collected:** 01/02/24 01:25<br>**Date Received:** 01/02/24 13:45<br>**First Report Date:** 01/04/24<br>**Final Report Date:** 03/06/24<br>**Printed Report Date:** 03/06/24 |

## CLINICAL REPORT

Comments

Fasting NOT PROVIDED

## ****MICROBIOLOGY****

| Test | Result | Abnormal | Reference | Units | Previous Result | Prev Dt |
|---|---|---|---|---|---|---|
| STOOL CULTURE | Final | | | | | |

```
Source: STOOL
FINAL REPORT:


GROWTH                          ORGANISMS ISOLATED
1. Growth of 2 Salmonella  species

ORGANISM SUSCEPTIBILITY:
ANTIBIOTICS                      MIC    1
------------------------       ---------
Trimeth/Sulfa                    <=2/38 S
AMPICILLIN                       >16    R
 LEGEND: S=Susceptible, R=Resistant, I=Intermediate

Salmonella enterica subspecies
confirmed by Louisiana department of health
Date Done (01/06-24)
```

## Clostridium difficile by PCR

| Test | Result | Abnormal | Reference | Units | Previous Result | Prev Dt |
|---|---|---|---|---|---|---|
| C DIFF TOXIN A/B GENE,PCR | Negative | | Negative | | | |

```
Source: Stool
Disclaimer:
The C.difficile Assay identifies Clostridium difficile nucleic acid using
real-time polymerase chain reaction (RT-PCR). False negative results are
rare but can occur due to the presence of sequence variants in the targets
of the assay, amplification inhibitors in samples, or
inadequate numbers of organism(s) for amplification. False positive results
are rare but can occur due to potential cross-contamination by target
organism(s), their nucleic acid or amplified product, or from non-specific
signals in the assay. This test cannot rule out diseases caused by other
bacterial pathogens. Results should be interpreted in conjunction with
information available from other confirmatory tests and the patient's
clinical profile.
```

(Continued on Next Page)



VERIFIED

EXHIBIT
1

FILED
DEC 20 2024
CLERKS OFFICE
CIVIL DISTRICT COURT

An official website of the United States government Here's how you know

**The .gov means it's official.**
Federal government websites often end in .gov or .mil. Before sharing sensitive information, make sure you're on a federal government site.

**The site is secure.**
The **https://** ensures that you are connecting to the official website and that any information you provide is encrypted and transmitted securely.

</>



ALERT: Jen's Breakfast Burritos, LLC, Recalls... See more details </recalls-alerts/jens-breakfast-burritos-llc-recalls-ready-eat-breakfast-burrito-products-due>



006-2024

HIGH - CLASS I</taxonomy/term/9>

PROCESSING DEFECT</taxonomy/term/21>

ACTIVE

MON, 02/12/2024 - CURRENT
NATIONWIDE

# Fratelli Beretta USA, Inc. Recalls Ready-To-Eat Charcuterie Meat Products Due to Possible Under Processing

FRATELLI BERETTA USA, INC.

EXHIBIT
2

VERIFIED

## FSIS Announcement

**WASHINGTON, Feb. 12, 2024** – Fratelli Beretta USA, Inc., a Mount Olive, N.J. establishment, is recalling an undetermined amount of ready-to-eat (RTE) meat charcuterie products containing Coppa that may be under processed, which may have resulted in possible contamination with foodborne pathogens, the U.S. Department of Agriculture's Food Safety and Inspection Service (FSIS) announced today.

The RTE Coppa products have various best by dates. The products subject to the recall and the product labels can be viewed here </sites/default/files/food_label_pdf/2024-02/recall_labels_006_2024.pdf>.

The products subject to recall bear establishment number "EST. M47967 or M7543B" inside the USDA mark of inspection or in inkjet print on the front of the package. These items were shipped to distributor and retail locations nationwide.

FSIS is working with the Centers for Disease Control and Prevention (CDC) and state public health partners to investigate a multistate outbreak of *Salmonella*. FSIS collected unopened RTE Coppa product as part of the investigation, which tested positive for *Salmonella,* but that product was not released into commerce. After further investigation, FSIS determined that the product subject to the recall may be under processed. Further testing is ongoing to determine if the product sample that tested positive for *Salmonella* is related to the outbreak. The company conducted a recall of charcuterie products on January 3, 2024 <https://www.fsis.usda.gov/recalls-alerts/fratelli-beretta-usa-inc--recalls-busseto-foods-brand-ready-eat-charcuterie-meat>, related to possible *Salmonella* contamination and FSIS issued a public health alert on January 18, 2024 <https://www.fsis.usda.gov/recalls-alerts/fsis-issues-public-health-alert-ready-eat-charcuterie-products-due-possible>, related to additional charcuterie products. Anyone concerned about an illness should contact a healthcare provider.

Consumption of food contaminated with *Salmonella* can cause salmonellosis, one of the most common bacterial foodborne illnesses. The most common symptoms of salmonellosis are diarrhea, abdominal cramps, and fever within 6 hours to 6 days after eating the contaminated product. The illness usually lasts 4 to 7 days. Most people recover without treatment. In some persons, however, the diarrhea may be so severe that the patient needs to be hospitalized. Older adults, infants, and persons with weakened immune systems are more likely to develop a severe illness. Individuals concerned about an illness should contact their health care provider.

FSIS is concerned that some product may be in retailers' and consumers' refrigerators. Consumers who have purchased these products are urged not to consume them. These products should be thrown away or returned to the place of purchase.

FSIS routinely conducts recall effectiveness checks to verify recalling firms notify their customers of the recall and that steps are taken to make certain that the product is no longer available to consumers. When available, the retail distribution list(s) will be posted on the FSIS website at www.fsis.usda.gov/recalls <http://www.fsis.usda.gov/recalls>.

Media and consumers with questions regarding the recall can contact Marco Lastrico, Public Relations, Busseto Foods, at 917-634-1685 or m.lastrico@barabinousa.com. Consumers with questions regarding the recall can contact the Busseto Recall Hotline at 866-552-4916.

Consumers with food safety questions can call the toll-free USDA Meat and Poultry Hotline at 888-MPHotline (888-674-6854) or send a question via email to MPHotline@usda.gov. For consumers that need to report a problem with a meat, poultry, or egg product, the online Electronic Consumer Complaint Monitoring System can be accessed 24 hours a day at https://foodcomplaint.fsis.usda.gov/eCCF/.

Product Images

Recall_Labels_006_2024.pdf
</sites/default/files/food_label_pdf/2024-02/recall_labels_006_2024.pdf>

## Company Information

**FRATELLI BERETTA USA, INC.**
</inspection/fsis-inspected-establishments/fratelli-beretta-usa-inc.-0>

Mount Olive, NJ

**ESTABLISHMENT ID**
M47967

**PROCESSING CATEGORY**
Not Heat Treated - Shelf Stable

## Company Contact Information

**COMPANY CONTACT**

Busseto Foods
Marco Lastrico
(917) 634-1685
m.lastrico@barabinousa.com

## FSIS Contact Information

**MEDIA CONTACT**

Congressional and Public Affairs
Kenneth King
(202)720-9113
FSISpress@usda.gov

Last Updated: Feb 12, 2024

USDA.gov <https://www.usda.gov/>

USA.gov <https://www.usa.gov/>

Whitehouse.gov <https://www.whitehouse.gov/>

About Us </about-fsis>

Our Performance </inspection>

Information Quality & Publishing Schedule </information-quality-publishing-schedule>

Visit OIG <https://www.usda.gov/oig/>

FOIA </about-fsis/freedom-information-act-foia>

Accessibility Statement <https://www.usda.gov/accessibility-statement>

Privacy Policy </privacy-policy>

Non-Discrimination Statement <https://www.usda.gov/non-discrimination-statement>

Plain Writing <https://www.usda.gov/plain-writing>

No FEAR <https://www.usda.gov/nofear/agencies#fsis>

Significant Guidance </inspection/compliance-guidance/significant-guidance>

Vulnerability Disclosure Policy <https://www.usda.gov/vulnerability-disclosure-policy>

</>

FILED
DEC 2 0 2024
CLERKS OFFICE
CIVIL DISTRICT COURT

January 18, 2024

Fratelli Beretta 1812




Dear Costco Member,

Costco records indicate you, or one of your add-on members, have purchased Item # 1074880 Fratelli Beretta Antipasto 2/12oz between November 16, 2023 and January 9, 2024.

In an abundance of caution for consumer's safety, Fratelli Beretta USA has issued a voluntary market withdrawal of this item due to possible salmonella exposure.

All product with a Best By date before June 13 24 are included in this market withdrawal. The Best By date can be found on the front of the package, as shown to the right.



If you have any of this product remaining, do not consume the product. Please return it to your local Costco for a full refund.

Contact Fratelli Beretta USA with any questions at 866-552-4916 Monday to Friday from 8:00 AM to 8:00 PM ET.

We apologize for any inconvenience this voluntary market withdrawal may cause.

Sincerely,
Simone Bocchini
Chief Operating Officer
Fratelli Beretta USA, Inc.

VERIFIED

EXHIBIT
3

FILED
DEC 2 0 2024
CLERKS OFFICE
CIVIL DISTRICT COURT

| | |
|---|---|
| **JACOB SULLIVAN** | * **ORLEANS PARISH CIVIL DISTRICT COURT** |
| **VERSUS** | * **DOCKET NUMBER:** 24-11551 |
| **COSTCO WHOLESALE CORPORATION, FRATELLI BERETTA USA, INC. AND JOHN DOE and/or JANE DOE** | * **ORLEANS PARISH, LOUISIANA** |

## REQUEST FOR NOTICE OF TRIAL, HEARINGS & ORDERS

In accordance with the provisions of Louisiana Code of Civil Procedure Annotated art 1572, plaintiff requests you to send to him, through the undersigned counsel, written notice of the date assigned by the court for trial on the merits as well as the date set for the hearing and/or trial of any and all motions, pleadings and other matters, at least 10 days in advance of the same, and written notice of the signing of any final judgment and/or the rendition of any interlocutory order or judgment, as provided for in Louisiana Code of Civil Procedure Annotated arts 1913 to 1914 for the above numbered cause.

Respectfully Submitted,

**LABORDE EARLES LAW FIRM, LLC**

**VICTOR W. RUSHING, Bar #40502**
*Email**: ***service@onmyside.com***
**SCOTT F. HIGGINS, Bar #26924**
**MARY K. CRYAR, Bar #24062**
**NICHOLAS R. ROCKFORTE, Bar #31305**
**M. BENJAMIN ALEXANDER, Bar #29065**
**KRISTEN B. GUIDRY, Bar #25791**
1901 Kaliste Saloom Road (70508)
P.O. Box 80098
Lafayette, Louisiana 70598-0098
Phone: (337) 261-2617
Fax: (337) 261-1934
***Attorneys for Plaintiff, JACOB SULLIVAN***

**For all non-service-related communication, please direct to vrushing@onmyside.com and bcomeaux@onmyside.com*

VERIFIED

RECEIVED
DEC 26 2024
CLERK OF COURT
CIVIL DISTRICT COURT

1901 Kaliste Saloom Rd. (70508)
P.O. Box 80098 (70598-0098)
Lafayette, Louisiana

LABORDE EARLES
INJURY LAWYERS

Phone (337) 261-2617
(800) 522-6733
Fax (337) 261-1934

*DIRECT DIAL: 337-294-8613*
*VRUSHING@ONMYSIDE.COM*
*BCOMEAUX@ONMYSIDE.COM*

December 20, 2024

**VIA FAX: 504-592-9128**
Clerk of Civil District Court for the Parish of Orleans
421 Loyola Avenue, Room 402
New Orleans, LA 70112

**Re: Petition for Damages**
**Jacob Sullivan v. Costco Wholesale Corporation, et al**
**Civil Suit No.** 2024-11551, Div D-12
**Civil District Court; Orleans Parish, LA**

Dear Clerk:

Please find enclosed one (1) original and one (1) copy of a Petition for Damages and Request for Notice of Trial, Hearings & Orders to be filed on behalf of our client, Mr. Jacob Sullivan. Please return one file stamped copy to our office.

Also enclosed is a firm check payable to Orleans Parish Civil District Court in the amount of $ 654.50 for all associated filing fees.

If you should have any questions, please contact our office.

With kindest regards,

**LABORDE EARLES LAW FIRM, LLC.**

VRushing

**VICTOR W. RUSHING**

Enclosures
VWR/bsc

FILED
DEC 20 2024
CLERKS OFFICE
CIVIL DISTRICT COURT

| | |
|---|---|
| **JACOB SULLIVAN** | *** ORLEANS PARISH CIVIL DISTRICT COURT** |
| **VERSUS** | *** DOCKET NUMBER:** 2024-11551 |
| **COSTCO WHOLESALE CORPORATION, FRATELLI BERETTA USA, INC. AND JOHN DOE and/or JANE DOE** | *** ORLEANS PARISH, LOUISIANA** |

D

## PETITION FOR DAMAGES

SECTION 12

NOW INTO COURT, through undersigned counsel, comes plaintiff, **JACOB SULLIVAN,** a person of full age of majority, and a current resident and domiciliary of St. Tammany Parish, Louisiana, who respectfully represents the following:

1.

Made defendants herein are:

a) **COSTCO WHOLESALE CORPORATION,** a foreign entity, organized under the laws of the State of Washington, licensed to do, and doing business in the State of Louisiana, which may be served through its registered agent for services of process, CT Corporation System, 3867 Plaza Tower Drive, Baton Rouge, Louisiana 70816; and

b) **FRATELLI BERETTA USA, INC.,** a foreign entity, organized under the laws of the State of New Jersey, which may be served via Louisiana Long Arm Statute at its principal place of business, 750 Clark Drive, Mount Olive, New Jersey 07828; and

c) **JOHN DOE and/or JANE DOE,** the general manager of Costco Warehouse Number 1147 Number 1147 located at 3900 Dublin Street, New Orleans, LA 70118-4754, whose identity and domicile are unknown at this time.

2.

Defendants, **COSTCO WHOLESALE CORPORATION, FRATELLI BERETTA USA, INC.,** and **JOHN DOE and/or JANE DOE,** are liable unto plaintiff *in solido* for the full sum of the amount of damages reasonable in the ~~premises to be proven at the trial on the merits,~~ plus interest from the date of judicial demand until paid, and for all costs of these proceedings and for all general and equitable relief that plaintiff is entitled to for the following to-wit:

3.

On or about December 22, 2023, plaintiff's fiancée, Monique Roger, purchased a 24 oz. package of Fratelli Beretta Antipasto 2/12 oz. from the Costco Warehouse Number 1147, located at 3900 Dublin Street, New Orleans, LA 70118-4754, in Orleans Parish, State of Louisiana.

4.

Following Monique Roger's purchase of the Fratelli Beretta Antipasto Tray from the New

CHELSEY RICHARD NAPOLEON
CLERK, CIVIL DISTRICT COURT
504-407-0000

| | |
|---|---|
| Receipt Date | [illegible] |
| Receipt Number | [illegible] |
| Cashier | [illegible] |
| Register | CDC Cash Register 1 |
| Case Number | 2024-11551 |
| Amount Received | $654.50 |
| Over Payment | $0.00 |

Payment/Transaction List

| Item | Charged | Paid | Bal |
|---|---|---|---|
| Petition for Damages | $444.50 | $444.50 | $0.00 |
| [illegible] | [illegible] | [illegible] | $0.00 |
| Judicial College | $0.50 | $0.50 | $0.00 |
| [illegible] | [illegible] | [illegible] | $0.00 |
| Indigent Legal Fee | $10.00 | $10.00 | $0.00 |
| [illegible] | [illegible] | [illegible] | $0.00 |
| Exhibits (Paper) | $14.00 | $14.00 | $0.00 |



VERIFIED

Orleans Costco Warehouse Number 1147, Plaintiff **JACOB SULLIVAN** consumed the product. On or about December 27, 2023, plaintiff became violently ill with uncontrollable diarrhea and vomiting, among other stomach and gastrointestinal illnesses. On January 1, 2024, plaintiff was hospitalized and later diagnosed with *Salmonella enterica*. This diagnosis was confirmed by the Louisiana Department of Health on January 6, 2024. Plaintiff was also diagnosed with acute kidney failure, dehydration, infectious gastroenteritis and colitis, and gastrointestinal hemorrhage. (*Exhibit 1*)

5.

At all times pertinent herein, defendant, **FRATELLI BERETTA USA, INC.**, is and was the manufacturer, as defined in the Louisiana Products Liability Act La. Rev. Stat. 9:2800.53, of the product known as "Fratelli Beretta Uncured Antipasto prosciutto, soppressata, Milano salami, & coppa" sold as 24-oz trays containing two 12-oz packages, made the subject of this suit.

6.

Upon further information and belief, according to the United States Department of Agriculture's Food Safety and Inspection Service, defendant, **FRATELLI BERETTA USA, INC.**, issued a recall of certain "ready-to-eat meat charcuterie products... which may have resulted in possible contamination with foodborne pathogens" on or about January 3, 2024. (*Exhibit 2*)

7.

Upon further information and belief, defendant, **FRATELLI BERETTA USA, INC.**, issued a notice in writing to Monique Roger on or about January 18, 2024, indicating that the Fratelli Beretta Antipasto 2/12 oz meat product, item number 1074880, which Monique Roger purchased, and Plaintiff **JACOB SULLIVAN** consumed, and which had led to plaintiff's injuries complained of herein, had been voluntarily withdrawn from the market by the defendant "due to possible salmonella exposure." (*Exhibit 3*)

8.

At all times pertinent herein, the Costco Warehouse Number 1147 located at 3900 Dublin Street, New Orleans, Louisiana 70118-4754, was owned by and/or was under the care, custody and control of Defendants, **COSTCO WHOLESALE CORPORATION and JOHN DOE and/or JANE DOE.**

9.

The acts and omissions of defendants, **FRATELLI BERETTA USA, INC., COSTCO WHOLESALE CORPORATION, and JOHN DOE and/or JANE DOE,** caused plaintiff, **JACOB SULLIVAN,** to become violently ill, which resulted in plaintiff sustaining severe personal injuries for which he had to seek medical treatment.

10.

The incident that occurred on or about December 27, 2023, is inexplicable without resort to the presumption of negligence and the applicability of the doctrine of *res ipsa loquitur* in view of the fact that the Fratelli Beretta Antipasto 2/12 oz. meat product which caused severe bodily harm to plaintiff was designed, manufactured, packaged and marketed by **FRATELLI BERETTA USA, INC.,** and distributed by **COSTCO WHOLESALE CORPORATION,** and under the care and supervision of **JOHN DOE and/or JANE DOE** as general manager and / or supervisor of inventory and distribution of products, and was unreasonably dangerous.

11.

At all times pertinent herein, plaintiff was free from fault in causing said incident; further, the said incident was solely and proximately caused by the negligence of defendants, **FRATELLI BERETTA USA, INC., COSTCO WHOLESALE CORPORATION, and JOHN DOE and/or JANE DOE,** and whose acts or omissions of negligence, include the following:

a) Failure to maintain proper food quality control procedures;

b) Failure of **FRATELLI BERETTA USA, INC.,** to check food before providing it to distributors, and failure of **COSTCO WHOLESALE CORPORATION** and **JOHN DOE and/or JANE DOE** to check food before providing it to consumers;

c) Failing to do the things they should have done and to see the things that they should have seen to avoid this incident; and

d) Any and all other acts of negligence revealed through discovery, which shall be proven at the trial hereof.

12.

At all times pertinent herein, defendant(s), **JOHN DOE and/or JANE DOE,** knew or should have known of the tainted food prior to the sale of same and failed to exercise reasonable caution. Defendant(s), **JOHN DOE and/or JANE DOE,** did not live up to their duty of care.

13.

As a result of the incident on December 27, 2023, sued on herein, plaintiff, **JACOB SULLIVAN,** suffered personal injuries and damages including:

a) *Salmonella enterica*, acute kidney failure, dehydration, infectious gastroenteritis and colitis, and gastrointestinal hemorrhage, along with all short-term and long-term issues that arise or may arise as a result of these diagnoses;

b) Short-term and long-term pain and injuries to the kidneys, stomach, intestines, colon, and anus, resulting in required changes to plaintiff's diet and eating habits;

c) Severe vomiting, diarrhea, dehydration, headaches, disorientation, and malaise; and

d) Permanent damage to the kidneys, stomach, intestines, colon, and anus resulting in permanent disability and discomfort.

14.

Accordingly, Plaintiff **JACOB SULLIVAN** itemizes recoverable damages as follows:

a) Physical pain and suffering, past, present and future;

b) Mental pain, anguish and distress, past, present and future;

c) Loss of enjoyment of life, past, present and future;

d) Physical and mental impairment, past, present and future;

e) Loss of income, past, present and future;

f) Permanent disfigurement and/or disability; and

g) Medical expenses past, present and future.

15.

Plaintiff contends that his claim for damages exceeds the $10,000 threshold required for a jury trial, exclusive of interest and costs.

WHEREFORE, plaintiff pray that defendants be duly served with a copy of the Petition for Damages, and after all legal delays and due proceedings had, there be judgment in favor of Plaintiff **JACOB SULLIVAN** and against defendants, **FRATELLI BERETTA USA, INC., COSTCO WHOLESALE CORPORATION, and JOHN DOE and/or JANE DOE,** jointly, severally, and *in solido*, for compensatory damages and special damages in an amount that will adequately satisfy the demands of justice, together with legal interest thereon from the date of judicial demand until paid.

Plaintiff further prays for all costs of these proceedings and for any other relief to which plaintiff is entitled under law and evidence.

Respectfully Submitted,

**LABORDE EARLES LAW FIRM, LLC**


**VICTOR W. RUSHING, Bar #40502**
*Email*: service@onmyside.com*
**SCOTT F. HIGGINS, Bar #26924**
**MARY K. CRYAR, Bar #24062**
**NICHOLAS R. ROCKFORTE, Bar #31305**
**M. BENJAMIN ALEXANDER, Bar #29065**
**KRISTEN B. GUIDRY, Bar #25791**
1901 Kaliste Saloom Road (70508)
P.O. Box 80098
Lafayette, Louisiana 70598-0098
Phone: (337) 261-2617
Fax: (337) 261-1934
***Attorneys for Plaintiff, JACOB SULLIVAN***

**For all non-service-related communication, please direct to vrushing@onmyside.com and bcomeaux@onmyside.com*


**PLEASE WITHOLD SERVICE ON ALL DEFENDANTS AT THIS TIME.**


A TRUE COPY
DEPUTY CLERK CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA

FILED
JAN 30 2025
CLERKS OFFICE
CIVIL DISTRICT COURT

| | |
|---|---|
| **JACOB SULLIVAN** | * **ORLEANS PARISH CIVIL DISTRICT COURT** |
| **VERSUS** | * **DOCKET NUMBER: 2024-11551, DIV D-12** |
| **COSTCO WHOLESALE CORPORATION, FRATELLI BERETTA USA, INC. AND JOHN DOE and/or JANE DOE** | * **ORLEANS PARISH, LOUISIANA** |

## REQUESTS FOR PRODUCTION OF DOCUMENTS

**TO: COSTCO WHOLESALE CORPORATION**

Petitioner, **JACOB SULLIVAN**, through undersigned counsel, pursuant to the applicable articles of the Louisiana Code of Civil Procedure, and specifically Article 1460, respectfully propound and request that the defendant, **COSTCO WHOLESALE CORPORATION**, produce the following documents for inspection at the LABORDE EARLES LAW FIRM, 1901 Kaliste Saloom Road, Lafayette, LA 70508, within the delays allowed by law:

CHELSEY RICHARD NAPOLEON
CLERK, CIVIL DISTRICT COURT
402 CIVIL COURTS BUILDING
421 LOYOLA AVENUE - ROOM 402
NEW ORLEANS, LA 70112
504-407-0000

Receipt Number 993863
Cashier lgarcia
Register CDC Cash Register 7
Case Number 2024-11551
Grand Total $14.00
Amount Received $14.00
Balance Due $0.00
Over Payment $0.00
Payment / Transaction List
Check # 46144 $14.00

| Item | Charged | Paid | Bal |
|---|---|---|---|
| Request for Producti | $14.00 | $14.00 | $0.00 |

**<u>REQUEST FOR PRODUCTION NO. 1:</u>**

Please produce any document of any description relied upon you or anyone assisting in responding to any of your answers to Interrogatories.

**<u>RESPONSE:</u>**

**<u>REQUEST FOR PRODUCTION NO. 2:</u>**

Please provide a copy of all statements regardless of their form taken relating in any way to this proceeding i.e., whether written, recorded, oral, electronically stored, or otherwise, stating the names, addresses and telephone numbers of all persons from whom statements have been taken.

**<u>RESPONSE:</u>**

**<u>REQUEST FOR PRODUCTION NO. 3:</u>**

Please produce any document, forms, or other papers signed by the plaintiff(s) in any way relating to the incident giving rise to this litigation, the plaintiff(s), or plaintiff(s) injuries.

**<u>RESPONSE:</u>**



VERIFIED 2/13/2025

**REQUEST FOR PRODUCTION NO. 4:**

Please produce **COMPLETE CERTIFIED COPIES** of any and all policies of insurance, umbrella policies, excess policies, contract, self-insurance agreements or any other policies in existence that may provide coverage or serve to indemnify the defendant.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 5:**

Please produce any checklists, notes, JSPs, reports, etc., from the General Manager and/or employee in charge of quality control throughout the months of November and December 2023.

**RESPONSE**:

**REQUEST FOR PRODUCTION NO. 6**:

Please produce any and all documents, contracts, policies, procedures, employee manuals, training book, and documents that governs the quality control processes and standards that the General Manager or employee in charge of quality control is supposed to follow to ensure that foods are safe for consumption prior to placing them on shelves for sale.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 7**:

Please produce a copy of any and all incident reports relating to the incident made the subject of this suit.

**RESPONSE**:

*If any of these Requests for Production cannot be complied with in full, respond to the extent possible, specifying the reasons for your inability to fully respond and stating whatever information, knowledge or belief you do have concerning the unanswered portion.*

*This Request for Production of Documents shall be deemed continuing so as to require supplemental responses if you or your attorney obtain further information between the time responses are served and the time of the trial of this matter.*

*Additionally, please remember that any claim of attorney-client privilege and/or work product doctrine must conform to the requirements of the Louisiana Code of Civil Procedure*

*article 1424(C), which requires that when a party withholds information pursuant to said claims the party shall make the claim expressly, and shall describe the nature of the documents, communications, or things not produced or disclosed as to enable the other parties to assess the applicability of the privilege or protection.*

**LABORDE EARLES LAW FIRM, L.L.C.**

**VICTOR W. RUSHING (Bar #40502)**
*Email:* ***service@onmyside.com***
**SCOTT F. HIGGINS, Bar #26924**
**MARY K. CRYAR, Bar #24062**
**NICHOLAS R. ROCKFORTE, Bar #31305**
**M. BENJAMIN ALEXANDER, Bar #29065**
**KRISTEN B. GUIDRY, Bar #25791**
1901 Kaliste Saloom Road (70508)
P.O. Box 80098
Lafayette, Louisiana 70598-0098
Phone (337) 261-2617
Fax (337) 261-1934
***Attorneys for Plaintiff, JACOB SULLIVAN***

**For all non-service relation communications, please direct to vrushing@onmyside.com & bcomeaux@onmyside.com*

FILED
JAN 30 2025
CLERKS OFFICE
CIVIL DISTRICT COURT

| | |
|---|---|
| **JACOB SULLIVAN** | *** ORLEANS PARISH CIVIL DISTRICT COURT** |
| **VERSUS** | *** DOCKET NUMBER: 2024-11551, DIV D-12** |
| **COSTCO WHOLESALE CORPORATION, FRATELLI BERETTA USA, INC. AND JOHN DOE and/or JANE DOE** | *** ORLEANS PARISH, LOUISIANA** |

---

## INTERROGATORIES

---

**TO: COSTCO WHOLESALE CORPORATION**

NOW COMES the Petitioner, **JACOB SULLIVAN**, through undersigned counsel, pursuant to the applicable articles of the Louisiana Code of Civil Procedure, and specifically Article 1421, et seq., herein propounds and requires the defendant, **COSTCO WHOLESALE CORPORATION**, to answer the following interrogatories, separately, fully, in writing, and under oath, within the statutory delay allowed by law:

These Interrogatories cover all information available to the answering parties and to each and every agent, employee, and attorney of such party, whether by personal knowledge, hearsay, books, records, reports, and all other sources, and these interrogatories are continuing and the answers shall be supplemented or amended if further information becomes known to the answering party prior to the trial of this case.

### DEFINITIONS AND INSTRUCTIONS

A. "You" or "Yours" refers to the defendant or anyone acting on behalf of defendant.

B. The term "person" shall mean, unless otherwise specified any natural person, firm, corporation, association, group or organization.

C. The term "document" shall mean the original and any copy regardless of origin or location of any book, invoice, pamphlet, periodical, letter, memorandum, schedule, telegram, report, record, study, hand written note, working paper, chart, paper, graph, index, date tape disc, data sheet, or data process card or any other written, recorded, transcribed, punched, taped, filmed or graphic material however produced or reproduced which you have or have had access to.

**<u>INTERROGATORY NUMBER 1:</u>**

Please state the full name, address, job title and present employer of each person answering or providing information to assist in answering these Interrogatories on behalf of the defendant.

**<u>ANSWER:</u>**



VERIFIED
2/13/2025

CHELSEY RICHARD NAPOLEON
CLERK, CIVIL DISTRICT COURT
402 CIVIL COURTS BUILDING
421 LOYOLA AVENUE - ROOM 402
NEW ORLEANS, LA 70112
504-407-0000
Receipt Number 993862
Cashier lgarcia
Register CDC Cash Register 7
Case Number 2024-11551
Grand Total $43.00
Amount Received $43.00
Balance Due $0.00
Over Payment $0.00
Payment/Transaction List
Check # 48144 $43.00
Paid Bal
Interrogatories $18.00 $18.00 $0.00
$0.00

**INTERROGATORY NUMBER 2:**

Please state the name and address of the general manager working at Costco Warehouse #1147 on December 22, 2023, at the time the food in question was purchased.

**ANSWER:**

**INTERROGATORY NUMBER 3:**

Please state the name, address, and official job title of the Costco employee in charge of quality control, including monitoring the quality of food from the time of receipt until the time it is placed on the shelves for sale.

**ANSWER:**

**INTERROGATORY NUMBER 4:**

Please state the procedure implemented by Costco for checking food quality.

**ANSWER:**

**INTERROGATORY NUMBER 5:**

Please state any and all facts that support an allegation that the plaintiff committed omissions or acts of negligence.

**ANSWER:**

**INTERROGATORY NUMBER 6:**

If you contend that the plaintiff has done anything or failed to do anything that constitutes a failure to mitigate damages, please state the facts that you allege support that conclusion and the manner in which damage were allegedly not mitigated? If you do not contend the plaintiff has failed to mitigate damage, please so indicate.

**ANSWER:**

**INTERROGATORY NUMBER 7:**

Please state the facts which support each and every affirmative defense asserted in your Answer to the Petition for Damages.

**ANSWER:**

**INTERROGATORY NUMBER 8:**

Please describe the agreement, self-insurance agreement, indemnity agreement, and/or insurance agreement of which any insurance company and/or entity may be liable to satisfy all or part of the judgment which may be entered in this action, or to indemnify or reimburse for payments made to satisfy the judgment by stating the name of the person or entity insured and the name of the insured, and the applicable limits of said insurance coverage.

**ANSWER:**

**INTERROGATORY NUMBER 9:**

Describe policy and all policies, which may provide any umbrella coverage, excess coverage, or acts of liability coverage over and above the basic primary coverage, which may be responsible for paying any part of this judgment against you in this case.

**ANSWER:**

**INTERROGATORY NUMBER 10:**

State the name and address of any and all persons from whom oral, verbal or written statements were taken by the defendant or any of its agents, and the date any such statement was given.

**ANSWER:**

**INTERROGATORY NUMBER 11:**

Please state whether or not you have a copy of any statement, whether oral, recorded, written, or electronically stored, which plaintiffs have previously made concerning this action or its subject matter which is in your possession, custody or control.

**ANSWER:**

**INTERROGATORY NUMBER 12:**

Please describe any and all documents, contracts, guidelines, employee manuals, rules, policies, and/or procedures that govern the maintenance of the premises of Costco Warehouse Number 1147, 3900 Dublin Street, New Orleans, Louisiana 70118-4754.

**ANSWER:**

**INTERROGATORY NUMBER 13**:

Please state the name, address, phone number, job description, and employer for any and all persons who had the obligation to report the presence of hazardous food conditions on the premises of Costco Warehouse Number 1147, 3900 Dublin Street, New Orleans, Louisiana 70118-4754, on or before December 22, 2023.

**ANSWER:**

*If any of these Interrogatories cannot be answered in full, answer to the extent possible, specifying the reasons for your inability to answer the remainder and stating whatever information, knowledge or belief you do have concerning the unanswered portion.*

*These Interrogatories shall be deemed continuing so as to require supplemental answers if you or your attorney obtain further information between the time answers are served and the time of the trial of this matter.*

*Additionally, please remember that any claim of attorney-client privilege and/or work product doctrine must conform to the requirements of the Louisiana Code of Civil Procedure article 1424(C), which requires that when a party withholds information pursuant to said claims the party shall make the claim expressly, and shall describe the nature of the documents, communications, or things not produced or disclosed as to enable the other parties to assess the applicability of the privilege or protection.*

Respectfully Submitted:

**LABORDE EARLES LAW FIRM, L.L.C.**

**VICTOR W. RUSHING (Bar #40502)**
*Email*:* ***service@onmyside.com***
**SCOTT F. HIGGINS, Bar #26924**
**MARY K. CRYAR, Bar #24062**
**NICHOLAS R. ROCKFORTE, Bar #31305**
**M. BENJAMIN ALEXANDER, Bar #29065**
**KRISTEN B. GUIDRY, Bar #25791**
1901 Kaliste Saloom Road (70508)
P.O. Box 80098
Lafayette, Louisiana 70598-0098
Phone (337) 261-2617
Fax (337) 261-1934
***Attorneys for Plaintiff, JACOB SULLIVAN***

**For all non-service relation communications, please direct to vrushing@onmyside.com & bcomeaux@onmyside.com*

1901 Kaliste Saloom Rd. (70508)
P.O. Box 80098 (70598-0098)
Lafayette, Louisiana

LABORDE EARLES
INJURY LAWYERS

Phone (337) 261-2617
(800) 522-6733
Fax (337) 261-1934

*DIRECT DIAL: 337-294-8613*
*VRUSHING@ONMYSIDE.COM*
*BCOMEAUX@ONMYSIDE.COM*

January 30, 2025

RECEIVED
FEB 06 2025
CLERKS OFFICE
CIVIL DISTRICT COURT

**VIA FAX: 504-592-9128 & U.S. MAIL**
Clerk of Civil District Court for the Parish of Orleans
421 Loyola Avenue, Room 402
New Orleans, LA 70112

**Re: Jacob Sullivan v. Costco Wholesale Corporation, et al**
**Docket No.: 2024-11551, Div D-12**
**Civil District Court; Orleans Parish, LA**

Dear Clerk:

Please file the enclosed *Interrogatories and Requests for Production of Documents* propounded to defendant, Costco Wholesale Corporation, and thereafter serve a certified copy of same along with plaintiff's previously filed *Petition for Damages*, on defendants as follows:

**COSTCO WHOLESALE CORPORATION**
*Through its Registered agent for service of process:*
CT Corporation System
3867 Plaza Tower Drive
Baton Rouge, Louisiana 70816

**FRATELLI BERETTA USA, INC.**
*Via Louisiana Long Arm Statute:*
750 Clark Drive
Mount Olive, New Jersey 07828

Also enclosed is a firm check payable to Orleans Parish Civil District Court in the amount of $ 51.00 for all associated filing fees.

Should you have any questions regarding the above or the enclosed, please do not hesitate to contact our office.

With warmest regards, I remain

VERIFIED
2/13/2025

Sincerely,

**LABORDE EARLES LAW FIRM, LLC**

**VICTOR RUSHING**

Enclosures
VWR/bsc

**ATTORNEY'S NAME:** Rushing, Victor W 40502
**AND ADDRESS:** 415 S Pierce St , Lafayette, LA 70501

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

**NO: 2024-11551** **DIVISION: D** **SECTION: 12**

**SULLIVAN, JACOB**

**Versus**

**COSTCO WHOLESALE CORPRATION ETAL ET AL**

## CITATION - LONG ARM

TO: FRATELLI BERETTA USA, INC.
THROUGH: THE LOUISIANA LONG ARM STATUTE
750 CLARK DRIVE, MOUNT OLIVE, NJ 07828

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

PETITION FOR DAMAGES

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA 70112, within thirty (30) days after the filing in the record of the affidavit of the individual attesting to the manner of delivery made through the "Long Arm Statute" under penalty of default.

## ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may contact the New Orleans Lawyer Referral Service at https://neworleansbar.community.lawyer/. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

**********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE**********

**IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA February 13, 2025**

**Clerk's Office, Room 402**
**Civil Courts Building**
**421 Loyola Avenue**
**New Orleans, LA 70112**

**CHELSEY RICHARD NAPOLEON, Clerk of**
**The Civil District Court**
**for the Parish of Orleans**
**State of LA**
**by ________________________**
**Charnita McCree, Deputy Clerk**

**SHERIFF'S RETURN**
(for use of process servers only)

PERSONAL SERVICE

On this __________ day of ____________________ __________ served a copy of the within

**PETITION FOR DAMAGES**

ON **FRATELLI BERETTA USA, INC.**

THROUGH: **THE LOUISIANA LONG ARM STATUTE**

Returned the same day

________________________________________ No. ______________________

Deputy Sheriff of ________________________________________________

Mileage: $ ______________________________________________________

___________________________/ ENTERED /___________________________

PAPER RETURN

____________________/____________________/____________________

SERIAL NO. DEPUTY PARISH

DOMICILIARY SERVICE

On this __________ day of ____________________ __________ served a copy of the within

**PETITION FOR DAMAGES**

ON **FRATELLI BERETTA USA, INC.**

THROUGH: **THE LOUISIANA LONG ARM STATUTE**

by leaving same at the dwelling house, or usual place of abode, in the hands of ____________________________________________ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said **FRATELLI BERETTA USA, INC.** being absent from the domicile at time of said service.

Returned the same day

________________________________________ No. ______________________

Deputy Sheriff of ________________________________________________

**ATTORNEY'S NAME:** Rushing, Victor W 40502
**AND ADDRESS:** 415 S Pierce St , Lafayette, LA 70501

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

**NO: 2024-11551** **DIVISION: D** **SECTION: 12**

**SULLIVAN, JACOB**

**Versus**

**COSTCO WHOLESALE CORPRATION ETAL ET AL**

## CITATION - LONG ARM

TO: FRATELLI BERETTA USA, INC.
THROUGH: THE LOUISIANA LONG ARM STATUTE
750 CLARK DRIVE, MOUNT OLIVE, NJ 07828

**YOU HAVE BEEN SUED:**
You must either comply with the demand contained in the
PETITION FOR DAMAGES
a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA 70112, within thirty (30) days after the filing in the record of the affidavit of the individual attesting to the manner of delivery made through the "Long Arm Statute" under penalty of default.

**ADDITIONAL INFORMATION**

Legal assistance is advisable. If you want a lawyer and can't find one, you may contact the New Orleans Lawyer Referral Service at https://neworleansbar.community.lawyer/. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

**********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE**********

**IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA February 13, 2025**

**Clerk's Office, Room 402**
**Civil Courts Building**
**421 Loyola Avenue**
**New Orleans, LA 70112**

**CHELSEY RICHARD NAPOLEON, Clerk of**
**The Civil District Court**
**for the Parish of Orleans**
**State of LA**
**by** [signature]
**Charnita McCree, Deputy Clerk**

**SHERIFF'S RETURN**
(for use of process servers only)

PERSONAL SERVICE

On this ________ day of ________________ ________ served a copy of the within
**PETITION FOR DAMAGES**
ON **FRATELLI BERETTA USA, INC.**
THROUGH: **THE LOUISIANA LONG ARM STATUTE**
Returned the same day
________________ No. ________
Deputy Sheriff of ________________
Mileage: $ ________________
________________ / ENTERED / ________________
PAPER RETURN
________ / ________ / ________
SERIAL NO. DEPUTY PARISH

DOMICILIARY SERVICE

On this ________ day of ________________ ________ served a copy of the within
**PETITION FOR DAMAGES**
ON **FRATELLI BERETTA USA, INC.**
THROUGH: **THE LOUISIANA LONG ARM STATUTE**
by leaving same at the dwelling house, or usual place of abode, in the hands of ________________ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said **FRATELLI BERETTA USA, INC.** being absent from the domicile at time of said service.
Returned the same day
________________ No. ________
Deputy Sheriff of ________________

**ATTORNEY'S NAME:** Rushing, Victor W 40502
**AND ADDRESS:** 415 S Pierce St , Lafayette, LA 70501

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

**NO: 2024-11551** **DIVISION: D** **SECTION: 12**

**SULLIVAN, JACOB**

**Versus**

**COSTCO WHOLESALE CORPRATION ETAL ET AL**

## CITATION

TO: COSTCO WHOLESALE CORPORATION

THROUGH: ITS REGISTERED AGENT FOR SERVICE OF PROCESS: CT CORPORATION SYSTEM
3867 PLAZA TOWER DRIVE, BATON ROUGE, LA 70816

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

PETITION FOR DAMAGES

a certified copy of which accompanies this citation, or file an answer or other legal pleading within the delay provided by Civil Code of Procedure Article 1001. The mentioned article is noted on the back of this page for your reference. You may make your filing in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA 70112.

## ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may contact the New Orleans Lawyer Referral Service at https://neworleansbar.community.lawyer/. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

**********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE**********

**IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA February 13, 2025**

**Clerk's Office, Room 402**
**Civil Courts Building**
**421 Loyola Avenue**
**New Orleans, LA 70112**

**CHELSEY RICHARD NAPOLEON, Clerk of**
**The Civil District Court**
**for the Parish of Orleans**
**State of LA**
**by ________________________**
**Charnita McCree, Deputy Clerk**

## SHERIFF'S RETURN
(for use of process servers only)

PERSONAL SERVICE

On this ________ day of ________________ ________ served a copy of the within

**PETITION FOR DAMAGES**

ON **COSTCO WHOLESALE CORPORATION**

THROUGH: **ITS REGISTERED AGENT FOR SERVICE OF PROCESS: CT CORPORATION SYSTEM**

Returned the same day

____________________________ No. ________________

Deputy Sheriff of ________________________________

Mileage: $ ________________________________

__________________ / ENTERED / __________________

PAPER RETURN

______________ / ______________ / ______________

SERIAL NO. DEPUTY PARISH

DOMICILIARY SERVICE

On this ________ day of ________________ ________ served a copy of the within

**PETITION FOR DAMAGES**

ON **COSTCO WHOLESALE CORPORATION**

THROUGH: **ITS REGISTERED AGENT FOR SERVICE OF PROCESS: CT CORPORATION SYSTEM**

by leaving same at the dwelling house, or usual place of abode, in the hands of ____________________________ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said **COSTCO WHOLESALE CORPORATION** being absent from the domicile at time of said service.

Returned the same day

____________________________ No. ________________

Deputy Sheriff of ________________________________

Civil Code of Procedures
Article 1001

Art. 1001. Delay for answering

A. A defendant shall file his answer within twenty-one days after service of citation upon him, except as otherwise provided by law. If the plaintiff files and serves a discovery request with his petition, the defendant shall file his answer to the petition within thirty days after service of citation and service of discovery request.

B. When an exception is filed prior to answer and is overruled or referred to the merits, or is sustained and an amendment of the petition ordered, the answer shall be filed within fifteen days after the exception is overruled or referred to the merits, or fifteen days after service of the amended petition.

C. The court may grant additional time for answering.

Acts 2021, No. 174, §1, eff. Jan. 1, 2022.

**ATTORNEY'S NAME:** Rushing, Victor W 40502
**AND ADDRESS:** 415 S Pierce St , Lafayette, LA 70501

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

**STATE OF LOUISIANA**

**NO: 2024-11551** **DIVISION: D** **SECTION: 12**

**SULLIVAN, JACOB**

**Versus**

**COSTCO WHOLESALE CORPRATION ETAL ET AL**

## CITATION

TO: COSTCO WHOLESALE CORPORATION

THROUGH: ITS REGISTERED AGENT FOR SERVICE OF PROCESS: CT CORPORATION SYSTEM
3867 PLAZA TOWER DRIVE, BATON ROUGE, LA 70816

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

PETITION FOR DAMAGES

a certified copy of which accompanies this citation, or file an answer or other legal pleading within the delay provided by Civil Code of Procedure Article 1001. The mentioned article is noted on the back of this page for your reference. You may make your filing in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA 70112.

**ADDITIONAL INFORMATION**

Legal assistance is advisable. If you want a lawyer and can't find one, you may contact the New Orleans Lawyer Referral Service at https://neworleansbar.community.lawyer/. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

**********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE**********

**IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA February 13, 2025**

**Clerk's Office, Room 402**
**Civil Courts Building**
**421 Loyola Avenue**
**New Orleans, LA 70112**

**CHELSEY RICHARD NAPOLEON, Clerk of**
**The Civil District Court**
**for the Parish of Orleans**
**State of LA**
**by** ______________
**Charnita McCree, Deputy Clerk**

**SHERIFF'S RETURN**
(for use of process servers only)

PERSONAL SERVICE

On this ________ day of ________________ ________ served a copy of the within

**PETITION FOR DAMAGES**

ON **COSTCO WHOLESALE CORPORATION**

THROUGH: **ITS REGISTERED AGENT FOR SERVICE OF PROCESS: CT CORPORATION SYSTEM**

Returned the same day

________________________ No. ______________

Deputy Sheriff of ________________________

Mileage: $ ________________________

______________ / ENTERED / ______________

PAPER RETURN

________ / ________ / ________

SERIAL NO. DEPUTY PARISH

DOMICILIARY SERVICE

On this ________ day of ________________ ________ served a copy of the within

**PETITION FOR DAMAGES**

ON **COSTCO WHOLESALE CORPORATION**

THROUGH: **ITS REGISTERED AGENT FOR SERVICE OF PROCESS: CT CORPORATION SYSTEM**

by leaving same at the dwelling house, or usual place of abode, in the hands of ________________________ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said **COSTCO WHOLESALE CORPORATION** being absent from the domicile at time of said service.

Returned the same day

________________________ No. ______________

Deputy Sheriff of ________________________

Civil Code of Procedures
Article 1001

Art. 1001. Delay for answering

A. A defendant shall file his answer within twenty-one days after service of citation upon him, except as otherwise provided by law. If the plaintiff files and serves a discovery request with his petition, the defendant shall file his answer to the petition within thirty days after service of citation and service of discovery request.

B. When an exception is filed prior to answer and is overruled or referred to the merits, or is sustained and an amendment of the petition ordered, the answer shall be filed within fifteen days after the exception is overruled or referred to the merits, or fifteen days after service of the amended petition.

C. The court may grant additional time for answering.

Acts 2021, No. 174, §1, eff. Jan. 1, 2022.

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Fratelli Beretta USA, Inc.
750 Clark Ave.
Mount Olive, NJ 07828

9590 9402 9030 4122 0804 61

2. Article Number *(Transfer from service label)*

9589 0710 5270 2600 0168 39

PS Form 3811, July 2020 PSN 7530-02-000-9053

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by *(Printed Name)*
Leah B Hus[illegible]

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☑ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

FILED
MAR 11 2025
CLERKS OFFICE
CIVIL DISTRICT COURT

EXHIBIT
A

VERIFIED

USPS TRACKING #

9590 9402 9030 4122 0804 61

United States
Postal Service

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

Laborde Earles Law Firm
ATTN: Brittani C.
P.O. Box 80098
Lafayette, LA 70598-0098

J. Sullivan - VWR/bsc

9589 0710 5270 2600 0168 39

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Certified Mail Fee
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage
$
Total Postage and Fees
$

Postmark Here
ENERGY CENTER STATION
FEB 19 2025
LAFAYETTE, LA 70508
J. Sullivan
LLC/VNR

Sent To Fratelli Beretta USA, Inc.
Street and Apt. No., or PO Box No. 750 Clark Dr.
City, State, ZIP+4® Mount Olive, NJ 07828

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

1901 Kaliste Saloom Rd. (70508)
P.O. Box 80098 (70598-0098)
Lafayette, Louisiana

Phone (337) 261-2617
(800) 522-6733
Fax (337) 261-1934

LABORDE EARLES
INJURY LAWYERS

*DIRECT DIAL: 337-294-8613*
*BCOMEAUX@ONMYSIDE.COM*

FILED
MAR 11 2025
CLERKS OFFICE
CIVIL DISTRICT COURT

February 18, 2025

***VIA CERTIFIED MAIL***
*USPS Tracking #9589 0710 5270 2600 0168 39*
Fratelli Beretta USA, Inc.
750 Clark Drive
Mount Olive, NJ 07828

**Re: Jacob Sullivan vs. Costco Wholesale Corporation, et al**
**Docket No.: 2024-11551, Div D-12**
**Civil District Court for the Parish of Orleans, LA**

Dear Sir or Madam:

In accordance with LSA-R.S. 13:3201, et seq., I enclose a ***Petition for Damages and Request for Notice of Trial, Hearings & Orders*** and the attached ***Citation***, which I serve on you pursuant to the Louisiana Long Arm Statute.

Please be advised that you have thirty (30) days from receipt in which to file responsive pleadings in this regard.

Additionally, please find enclosed a courtesy copy of ***Interrogatories and Requests for Production of Documents*** which have been propounded upon defendant, Costco Wholesale Corporation.

With warmest regards, I remain

Sincerely,

**LABORDE EARLES LAW FIRM, LLC**

BComeaux

**BRITTANI COMEAUX, *Litigation Paralegal to***
**VICTOR W. RUSHING, Attorney at Law**

VWR/bsc
Enclosures

EXHIBIT
B

VERIFIED

# USPS Tracking®

FAQs >

FILED
MAR 1 1 2025
CLERKS OFFICE
CIVIL DISTRICT COURT

Remove X

Tracking Number:

## 9589071052702600016839

Copy Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to an individual at the address at 12:38 pm on March 5, 2025 in BUDD LAKE, NJ 07828.

---

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

Feedback

### Delivered

**Delivered, Left with Individual**

BUDD LAKE, NJ 07828
March 5, 2025, 12:38 pm

**USPS in possession of item**

LAFAYETTE, LA 70508
February 19, 2025, 10:20 am

**Hide Tracking History**

What Do USPS Tracking Statuses Mean? **(https://faq.usps.com/s/article/Where-is-my-package)**

**Text & Email Updates**

**USPS Tracking Plus®**

**Product Information**

VERIFIED

EXHIBIT
C

FILED
MAR 11 2025
CLERKS OFFICE
CIVIL DISTRICT COURT

JACOB SULLIVAN

VERSUS 2024-11551

COSTCO WHOLESALE CORPORATION, FRATELLI BERETTA USA, INC. AND JOHN DOE and/or JANE DOE

* ORLEANS PARISH CIVIL DISTRICT COURT

* DOCKET NUMBER: 2024-11551 DIV D-12

* ORLEANS PARISH, LOUISIANA

**AFFIDAVIT OF SERVICE OF PROCESS VIA LOUISIANA LONG ARM STATUTE**

**STATE OF LOUISIANA**

**PARISH OF LAFAYETTE**

BEFORE ME, the undersigned Notary Public, personally appeared, **BRITTANI COMEAUX,** who, after being duly sworn, did depose that on February 19, 2025, she did deposit in the United States Mail in an envelope properly addressed to **FRATELLI BERETTA USA, INC.**, with sufficient postage affixed, a certified copy of the original petition filed by plaintiff. A copy of the transmittal letter, the certified mail return receipt, and USPS.com tracking results showing delivery to the defendant herein is attached hereto and made a part hereof. The certified letter and enclosures were signed for on March 5, 2025.

**BRITTANI COMEAUX**
Affiant

**SWORN TO AND SUBSCRIBED** before me on this 11th day of March, 2025, at Lafayette, Louisiana.

#65707
**NOTARY PUBLIC**

VERIFIED

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Fratelli Beretta USA, Inc.
750 Clark Ave.
Mount Olive, NJ 07828

9590 9402 9030 4122 0804 61

2. Article Number *(Transfer from service label)*

9589 0710 5270 2600 0168 39

PS Form **3811**, July 2020 PSN 7530-02-000-9053

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by *(Printed Name)* [handwritten]

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

FILED
MAR 11 2025
CLERKS OFFICE
CIVIL DISTRICT COURT

EXHIBIT
VERIFIED

USPS TRACKING #

9590 9402 9030 4122 0804 61

United States Postal Service

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

Laborde Earles Law Firm
ATTN: Brittani C.
P.O. Box 80098
Lafayette, LA 70598-0098

J. Sullivan - VWR/bcc

9589 0710 5270 2600 0168 39

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com.

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $

Postage
$

Total Postage and Fees
$

Postmark Here

ENERGY CENTER STATION
FEB 19 2025
LAFAYETTE, LA

JSullivan
VWR

Sent To Fratelli Beretta USA, Inc.

Street and Apt. No., or PO Box No. 750 Clark Dr.

City, State, ZIP+4® Mount Olive, NJ 07828

PS Form 3800, January 2023 See Reverse for Instructions

1901 Kaliste Saloom Rd. (70508)
P.O. Box 80098 (70598-0098)
Lafayette, Louisiana

Phone (337) 261-2617
(800) 522-6733
Fax (337) 261-1934

FILED
MAR 11 2025
CLERKS OFFICE
CIVIL DISTRICT COURT

**LABORDE EARLES**
INJURY LAWYERS

*DIRECT DIAL: 337-294-8613*
*BCOMEAUX@ONMYSIDE.COM*

February 18, 2025

***VIA CERTIFIED MAIL***
*USPS Tracking #9589 0710 5270 2600 0168 39*
Fratelli Beretta USA, Inc.
750 Clark Drive
Mount Olive, NJ 07828

**Re:** **Jacob Sullivan vs. Costco Wholesale Corporation, et al**
**Docket No.: 2024-11551, Div D-12**
**Civil District Court for the Parish of Orleans, LA**

Dear Sir or Madam:

In accordance with LSA-R.S. 13:3201, et seq., I enclose a ***Petition for Damages and Request for Notice of Trial, Hearings & Orders*** and the attached ***Citation***, which I serve on you pursuant to the Louisiana Long Arm Statute.

Please be advised that you have thirty (30) days from receipt in which to file responsive pleadings in this regard.

Additionally, please find enclosed a courtesy copy of ***Interrogatories and Requests for Production of Documents*** which have been propounded upon defendant, Costco Wholesale Corporation.

With warmest regards, I remain

Sincerely,

**LABORDE EARLES LAW FIRM, LLC**

BComeaux

**BRITTANI COMEAUX, *Litigation Paralegal to***
**VICTOR W. RUSHING, Attorney at Law**

VWR/bsc
Enclosures

VERIFIED

EXHIBIT
B

# USPS Tracking®

FAQs >

FILED
MAR 1 1 2025
CLERKS OFFICE
CIVIL DISTRICT COURT

Remove ×

**Tracking Number:**

## 9589071052702600016839

**Copy** **Add to Informed Delivery (https://informeddelivery.usps.com/)**

## Latest Update

Your item was delivered to an individual at the address at 12:38 pm on March 5, 2025 in BUDD LAKE, NJ 07828.

---

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

Feedback

### Delivered

**Delivered, Left with Individual**

BUDD LAKE, NJ 07828
March 5, 2025, 12:38 pm

**USPS in possession of item**

LAFAYETTE, LA 70508
February 19, 2025, 10:20 am

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

**Text & Email Updates**

**USPS Tracking Plus®**

**Product Information**

EXHIBIT
C

VERIFIED