**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**JACOB SULLIVAN**                                     **CASE NO. 2:25-cv-00638**

**VERSUS**                                                  **JUDGE: LANCE M AFRICK**

**COSTCO WHOLESALE CORPORATION**      **MAGISTRATE: KAREN WELLS ROBY**
**FRATELLI BERETTA USA, INC. AND**
**JOHN DOE and/or JANE DOE**

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**CORPORATE DISCLOSURE STATEMENT**
**ON BEHALF OF FRATELLI BERETTA USA, INC**

NOW INTO COURT, through undersigned counsel comes Defendant, Fratelli Beretta USA, Inc., and pursuant to Federal Rule of Civil Procedure 7.1 respectfully submits the following disclosures:

Defendant, Fratelli Beretta USA, Inc., is a New Jersey private corporation with its principal place of business located at 750 Clark Drive, Mount Olive, New Jersey.  Fratelli Beretta USA, Inc.'s parent corporation is Fratelli Beretta West, Inc., a California private corporation.  Fratelli Beretta West, Inc. owns 71.06 % of Fratelli Beretta USA, Inc..  Fratelli Beretta West, Inc. is entirely owned by Salumificio Fratelli Beretta S.p.A. an Italian private company. Salumificio Fratelli Beretta S.p.A. also owns the remaining 28.94% of Fratelli Beretta USA, Inc.

There is no publicly held corporation owning 10% or more of Fratelli Beretta USA, Inc.'s stock.

Respectfully Submitted:

**DEGAN, BLANCHARD & NASH**

*/s/ Jena W. Smith*

_____
**SIDNEY W. DEGAN, III (4840)**
**JENA W. SMITH (25255)**

{02121581.DOCX;1}

**RENEE S. AULD (23568)**
400 Poydras Street, Suite 2600
New Orleans, Louisiana 70130
Telephone:      (504) 529-3333
Facsimile:      (504) 529-3337
***Counsel for Defendant,***
***Fratelli Beretta USA, Inc. and Cosco***
***Wholesale Corporation***

{02121581.DOCX;1}